## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: ESTATE OF SCHUMACHER, SR., R.   :   No. 308 MAL 2016

:

:

:

:

MARIANNE KREISHER,     :   Petition for Allowance of Appeal from
              Respondent     :   the Order of the Superior Court

      v.     :

:

:

:

KATHLEEN AND RALPH SCHUMACHER,   :

:

        Petitioners     :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.